RECEIVED
IN ALEXANDRIA, LA.
SEP - 9 2013
TONY R. MOORE, CLERK
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| TROY A. NARCISSE #344213 | ACTION NO. 12-2854 |
| VS. | JUDGE TRIMBLE |
| BRYAN F. GILL, JR., ET AL | MAGISTRATE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 9th day of September 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE